IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRAVELERS INDEMNITY COMPANY | : | |
| A/S/O JEROME GREENSPAN and | : | |
| MARLENE GREENSPAN, | : | CONSOLIDATED |
| Plaintiff | : | CIVIL ACTION |
| vs. | : | |
| | : | |
| ADT SECURITY SYSTEMS, INC., et al. | : | |
| Defendant | : | NO. 06-4181 |
| | : | |
| JEROME GREENSPAN and MARLENE | : | |
| GREENSPAN, | : | |
| Plaintiffs, | : | |
| vs. | : | |
| ADT SECURITY SYSTEMS, INC, et al. | : | |
| Defendant | : | |

## ORDER

**AND NOW** this 30th day of September, 2009, upon consideration of Defendant's Motion for Summary Judgment (Docket # 31), Plaintiffs' responses (Docket #32 and 33) and Defendant's reply brief (Docket #34), and for the reasons set forth in the attach Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **DENIED** in part and **GRANTED** in part.

The motion is Granted in that the limitation of liability provision in the underlying contractual agreement as issue applies to all causes of actions asserted, where, in contract or in tort.  In all other respects the motion is **DENIED**.

BY THE COURT:

 /S LINDA K. CARACAPPA
 LINDA K. CARACAPPA
 UNITED STATES MAGISTRATE JUDGE