IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRAVELERS INDEMNITY COMPANY<br>A/S/O JEROME GREENSPAN and<br>MARLENE GREENSPAN,<br>    Plaintiff<br>  vs.<br><br>ADT SECURITY SYSTEMS, INC., et al.<br>    Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CONSOLIDATED<br>CIVIL ACTION<br><br><br><br>NO. 06-4181 |
| JEROME GREENSPAN and MARLENE<br>GREENSPAN,<br>    Plaintiffs,<br>  vs.<br>ADT SECURITY SYSTEMS, INC, et al.<br>    Defendant | :<br>:<br>:<br>:<br>:<br>:<br>: | |

## ORDER

**AND NOW**, this ___ day of January, 2010, upon consideration of Plaintiff's Motion for Certification of Interlocutory Appeal (Docket # 39), **IT IS ORDERED** that Plaintiff's Motion for Certification Of Interlocutory Appeal is **GRANTED**.

The Court further ORDERS that all proceedings in this action are STAYED pending interlocutory appeal.

                                              BY THE COURT:

                                              /S LINDA K. CARACAPPA
                                              LINDA K. CARACAPPA
                                              UNITED STATES MAGISTRATE JUDGE